IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**PAMELA KEYSER**,

        Plaintiff,

   v.

**CAROLYN W. COLVIN**,
Commissioner of Social Security,

        Defendant.

Case No. 6:13-cv-2031-SB

**ORDER**

**Michael H. Simon, District Judge.**

    United States Magistrate Judge Stacie F. Beckerman issued a Findings and Recommendation in this case on March 2, 2015. Dkt. 19. Judge Beckerman recommended that the Commissioner's decision be reversed and remanded for further proceedings. No party has filed objections.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

PAGE 1 – ORDER

If no party objects, however, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Nor does the Act "preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. And the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

As no party has made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Beckerman's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court ADOPTS Judge Beckerman's Findings and Recommendation, Dkt. 19. The Commissioner's decision is REVERSED and REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings not inconsistent with Judge Beckerman's opinion.

**IT IS SO ORDERED.**

DATED this 23d day of March, 2015.

/s/ Michael H. Simon  
Michael H. Simon  
United States District Judge

PAGE 2 – ORDER